# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-7069**　　　　　　　　　　　　　　　**September Term 2010**

**1:09-cv-02459-RMU**

**Filed On:** September 1, 2011

Albert J. Adams,

    Appellant

  v.

District of Columbia,

    Appellee

    **BEFORE:**　　Henderson, Tatel, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss and the response thereto, it is

**ORDERED** that the motion to dismiss be granted. Appellant has not demonstrated that the challenged order meets the stringent requirements of the collateral order doctrine. See Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**